```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 22249
   JUANA ABU RYAN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5122


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/28/2007 and was not confirmed.

    The case was dismissed without confirmation 01/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00          .00            .00
CITI RESIDENTIAL LENDING  SECURED NOT I    13370.86          .00            .00
CAPITAL ONE               UNSECURED          857.76          .00            .00
CAPITAL ONE               UNSECURED         1349.87          .00            .00
CAPITAL ONE               UNSECURED         8609.35          .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                    --------------        --------------
TOTALS                   .00                      .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE